40 F.3d 1239
 Christopher (R.L.), and family
v.
Bedford County, PA, Miller (Julie), McCammon (Peggy),
Patterson (Debra), Logue (Donley, Jr.), Howsare (Daniel L.),
Townley (Barbara), Snyder (William H.), Silvetti (Edward),
Rice (Dick), Coon (Kim), Ebersole (Gary); Appeal of
Christopher (Ronald L., Jean L., Bruce A.)
 NO. 94-3265
 United States Court of Appeals,
Third Circuit.
 Oct 28, 1994
 
 Appeal From: W.D.Pa., No. 92-cv-00046J,
 Smith, J.
 
 
 1
 AFFIRMED.